UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                  CHAPTER 13 PROCEEDINGS
AUSTIN OZELL WINSTON

                                            CASE NO: 19-22447 JRA

     Debtor(s)

## MOTION TO DISMISS FOR DEFAULT IN PLAN PAYMENTS

       Comes now Paul R. Chael, Trustee herein, and states that Debtor(s) is in material default under the terms of the Plan, in that the payments required by the Plan have not been made and that no showing has been made of any just cause for such default.

**Amount of default: $4,740.00**
**Amount due per month: $1190.00**

       Wherefore, your Trustee prays that these proceedings be dismissed pursuant to Sec.1307 (c) of the Bankruptcy Code and that a time be set for your Trustee to make final report of his receipts and disbursements in these proceedings.

                                                   /s/ Paul R. Chael
                                                   Paul R. Chael, Trustee
                                                   Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, service of a true and complete copy of the above and foregoing pleading or paper was electronically sent through the court's ECF system to the following parties:

U.S. Trustee
Attorney for Debtor(s): GERACI LAW L.L.C.

and upon the following by depositing the same in the United States mail, envelopes properly address to each of them and with sufficient first-class postage affixed.

AUSTIN OZELL WINSTON, PO BOX 64408, GARY, IN 46408   ,

                                                   /s/ Paul R. Chael
                                                   Paul R. Chael
                                                   401 West 84th Drive
                                                   Merrillville, IN 46410
                                                   (219) 650-4015